# SEALED

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| United States of America | ) | **DNM: 25-204 MJ** |
| v. | ) | Case No. 3:25-MJ-088-BT |
| ROBERT EARL TALBOTT | ) | |
| *Defendant* | ) | |

### ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ROBERT TALBOTT

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §          Stalking
2261A(2)

Date:    02/03/2025 2:00 pm

_____
*Issuing officer's signature*

City and state:    _ Dallas, Texas

REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                              _____<br>*Arresting officer's signature* |
|                              _____<br>*Printed name and title* |

# SEALED

AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT

**FILED**

for the

Northern District of Texas

**February 3, 2025**

**KAREN MITCHELL**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| ROBERT EARL TALBOTT | ) |
| | ) |
| | ) |
| | ) |

**CLERK, U.S. DISTRICT COURT**

3:25-MJ-088-BT

*Defendant(s)*

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 1, 2024 through January 30, 2025 in the county of          Dallas          in the

    Northern    District of       Texas       , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2261A(2) | Stalking |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Daniel Berardicurti.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Daniel Berardicurti

*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date:  February 3, 2025

*Judge's signature*

City and state:       Dallas, Texas

REBECCA RUTHERFORD, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Berardicurti, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 2019. I am currently assigned to the Dallas Field Office. Since joining the FBI, I have investigated violations of federal law, to include federal violations concerning assaults and stalking. I have gained experience through training classes and work conducting these types of investigations. More specifically, I have conducted these types of investigations both on the state level as a former police officer, and also in my roles as an FBI Special Agent while working in Indian Country and in my current role as an FBI Special Agent working on the Dallas Violent Crimes Task Force. In my role as a Special Agent, I have authored numerous search warrants and authored complaints related to these investigations. Further, as a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2.     This affidavit is made in support of a criminal complaint charging **Robert Earl Talbott** (hereinafter "**Talbott**") with a violation of 18 U.S.C. § 2261A(2) (Stalking). Title 18, United Sates Code, Section 2261A(2) provides:

Whoever—

(2) with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any

other facility of interstate or foreign commerce to engage in a course of conduct that—

(A) places that person in reasonable fear of the death of or serious bodily injury to a person, a pet, a service animal, an emotional support animal, or a horse described in clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii), of paragraph (1)(A),

shall be punished as provided in section 2261(b) or section 2261B, as the case may be.

3.      The facts and information contained in this affidavit are based upon my direct participation in this investigation and based upon facts as relayed to me by other law enforcement officers pertaining to this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the charged offense. As a result, I have not included each and every fact known to me concerning this investigation.

## PROBABLE CAUSE

4.      On or about December 23, 2024, A.T. made a report to the FBI National Threat Operations Center ("NTOC") regarding threatening communications sent to her from her husband, **Robert Earl Talbott**, via a phone number ending in 1997. These messages were sent via a facility of interstate commerce to A.T., who resides in Garland, Texas.

5.      More specifically, A.T. stated that **Talbott** began threatening her in October 2024 after she obtained a protective order against **Talbott**. However, A.T. later learned the protective order was not served on **Talbott**. A.T. stated **Talbott** sent text

messages to his sister to tell A.T. he was going to murder her. **Talbott** sent A.T. a text message stating "Get your affairs in order cunt this was the last straw. You've got two weeks to live due to travel, make them count."

6.      On or about January 14, 2025, I obtained a copy of police reports from the Garland Police Department ("GPD") filed by A.T. concerning **Talbott's** threatening communications. The following is a summary of the reports filed with GPD:

a) In a report dated May 14, 2024, A.T. stated **Talbott** sent A.T. eight text messages telling her to kill herself.

b) In a report dated August 6, 2024, A.T. stated **Talbott** sent her messages to kill herself.

c) In a report dated September 27, 2024, A.T. stated **Talbott** sent her a message stating, "paper doesn't stop a bullet cunt and I know where you live." **Talbott** also sent her a message stating, "in case you think I'm bluffing like last time...sleep with one eye open." **Talbott** sent her the address for both A.T.'s residence and workplace.

d) In a report dated November 5, 2024, A.T. stated **Talbott's** sister sent A.T. a text message from **Talbott** stating, "Tell your bestie [A.T.] im coming to kill her stat."

e) In a report dated December 3, 2024, A.T. stated she received numerous threatening text messages from **Talbott**. One such message in the report stated, "I don't know when but one day, you will be grabbed and a bag put over your head. You will be taken to a location of my choosing, with cotton swabs up your nose

and my cock down your throat. You will make your grandma happy by dying like a true whore." A.T. also showed GPD officers a copy of a protective order she had obtained against **Talbott** (DF-23-15828).

f) In a report dated December 17, 2024, A.T. stated that she received a text message from **Talbott,** which she believed to be a violation of the protective order she obtained against Talbott. On or about that same date, or shortly thereafter, A.T. learned that the protective order had not been served on **Talbott.** The protective order was subsequently served on **Talbott** on or about December 21, 2024.

7.    On January 16, 2025, GPD Lieutenant Hall provided me with a copy of A.T.'s protective order and the text messages she provided to GPD. The below image was a message saved on or about December 3, 2024, provided by A.T.:

[ the remainder of this page left intentionally blank ]

4:21

 

1997

Last bit of the day, I had tried to ask for a simple meeting parent to parent. I civilly ask for a meeting for fucking peace and spit in my face again..

5:42 PM

History Lesson: You spit on and shit kick the peace messenger you get the arrow and it's not even mine..

Today 3:59 PM

Someday maybe not today maybe not tomorrow. But some day in your future. You will be grabbed, bagged and taken to a location of my choosing and I will shove cotton swabs up your nose. My cock down your throat and you will literally make your gma happy by dying like a true whore..

3:59 PM

You're literally going to choke to death on dick you fucking cunt! Have your laughs about getting away with child trafficking now. I WILL have the last laugh as you swallow.
Enjoy your life while you're allowed Queen of the whores!

If you think Tessa won't know every soldier detail about who her mother is because a bunch of pencil pushing disks who matter on paper only try and stop me. She will know of Spring Break 18 and so much more

4:02 PM

+    Text Message · RCS    🎤

8.     On January 16, 2025, I conducted an open-source check on the phone number ending in 1997. The phone number was registered to **Talbott**.

9.     On January 29, 2025, I interviewed A.T. Through my interview, I learned that **Talbott** began sending A.T. text messages threatening to kill himself on Superbowl Sunday 2024 while he had their daughter. He also sent A.T. a message threatening to shoot his attorney.

10.    A.T. said **Talbott** began sending A.T. text messages in May 2024 stating that he was going to get her ex-boyfriend to "get her." **Talbott** also told A.T. her ex-boyfriend should have slit her throat when he had the chance.

11.    A.T. said **Talbott** began sending her death threats in October 2024. In December 2024, A.T.'s attorney instructed A.T. and her daughter to flee to the Houston area in response to **Talbott's** messages.

12.    A.T. also provided voicemails from **Talbott**. A summary of the voicemails is below:

a) **Talbott** says he has just crossed state lines and is going to enjoy taking every piece of flesh off of A.T.'s bones and feeding it to her.

b) **Talbott** says A.T. better not be at work or she will miss time to pack and get their daughter out before he kills A.T. in front of their daughter.

c) **Talbott** says A.T. will not be able to come to her phone after he breaks her kneecaps and slits her wrists.

d) **Talbott** says A.T. cannot come to the phone because he has not bashed in her skull yet and he is going to kill her.

     e) **Talbott** says he hopes A.T. has enjoyed her job because it will probably be

what runs through her mind when he bashes her skull in. **Talbott** says he is either

going to rape her to death or bash her skull in. **Talbott** says he is coming to Texas

right now and A.T. is going to die slowly.

These voicemails were left by **Talbott** using his telephone number ending in 1997.

    13.    A.T. has indicated that she knows that **Talbott** has a car and a rifle.

Further, **Talbott** has threatened to come to A.T.'s school and church. A.T. is not allowed

to take her students out for recess or go on field trips because of the threats.

    14.    On January 30, 2025, A.T. sent me a message stating **Talbott** began

sending her text messages again. A.T. provided a screenshot of the message from

**Talbott**. The screenshot of the message is below:

[ the remainder of this page left intentionally blank ]

Affidavit—Page 7 of 9



6:52

1997

won!? Bitch I own you and I will collect the blood debt you owe from stealing my child! Time is on my side, death is only the beginning! In this life or the next I will bloodlet you until there's nothing left but your soulless freshly necrophilia raped corpse cunt

Tessa will know that your infedility was the cause of this and about your chokebang session w Ian

Time again is on my side like the law and the Benjamin's were on yours. Also I took you back after said chokebanging "your words from the papers you failed 3x to serve me btw. Also you paying to get a load on your face does not make you a girlfriend and him a past relationship lmao. Anyways I was saying I took you back after a that and then you ditch us both for Taylor Fucking Slut are you serious?!

Yes Tessa that is factually, and I can prove it what happened sweet daugjter of mine and you will know it when you come and seek me some day to hear my side

Tata for now Bimbo, we'll see each other face to face and your pretty face with bleed on my schedule. Goodnite and I'll meet you at your new place



Text Message · RCS

## CONCLUSION

Based on the foregoing, there is probable cause to believe that **Robert Earl**

**Talbott** has used a facility of interstate commerce to stalk A.T., in violation of 18 U.S.C.

§ 2261A(2).

_____

Daniel Berardicurti
Special Agent
Federal Bureau of Investigation

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R.
Crim. P. 4.1. on this 3rd _____ day of February, 2025.

_____

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS

Affidavit—Page 9 of 9